

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:     Ketzery Militzy Ruiz v. Joseph Michael Cisneros

Appellate case number:   01-21-00485-CV

Trial court case number: 2016-27608

Trial court:             309th District Court of Harris County

On December 6, 2021, Appellant Ketzery Militzy Ruiz filed a second motion for extension of time in which to file an appellate brief. Appellant's motion is **granted.** Appellant's brief is due on January 5, 2022. **No further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                   Acting individually

Date: December 14, 2021